IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-21010
Conference Calendar

_____

KENNETH DWAYNE DUNN,

                                        Plaintiff-Appellant,

versus

R. YAPP, Doctor;
CABERTO, Doctor;
JOHN DOE, Psychiatrist,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-770
- - - - - - - - - -
April 16, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Kenneth Dwayne Dunn moves this court for leave to proceed *in forma pauperis* (IFP) on appeal from the district court's dismissal as frivolous of his civil rights complaint. On January 9, 1997, this court ordered Dunn to file an affidavit to proceed IFP that was in compliance with the Prison Litigation Reform Act

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

of 1995 (PLRA).  The order held Dunn's appeal in abeyance for 30 days pending payment of the $105 filing fee or submittal of the required documents pursuant to the PLRA.

Dunn has not complied with that order.  Accordingly, his motion for leave to proceed IFP on appeal is DENIED, and his appeal is dismissed for want of prosecution.  <u>See</u> 5th Cir. R. 42.3.  Dunn's motions to amend this court's prior order, and not to apply the PLRA also are DENIED.  Should Dunn wish to reinstate his appeal, he is instructed to pay the $105 filing fee to the clerk of the district court within 30 days from the date of this order.

MOTIONS DENIED.  APPEAL DISMISSED.